**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| ELI LILLY AND COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHLAKE MHYA PLLC d/b/a<br>MEDREIN HEALTH & AESTHETICS,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.:<br>JURY TRIAL DEMANDED |

# COMPLAINT

1. Defendant Southlake Mhya PLLC (d/b/a Medrein Health & Aesthetics) ("Medrein") is a Southlake "med spa" that is advertising and selling illegal drugs to unsuspecting consumers and profiting from it. Medrein markets and sells obesity management products it claims contain retatrutide, an investigational molecule developed by Plaintiff Eli Lilly and Company ("Lilly") for use as a prescription medicine. Neither the U.S. Food and Drug Administration ("FDA") nor any other regulatory agency in the world has approved a medicine containing retatrutide for any use. Contrary to Medrein's claims, the unapproved drug that Medrein advertises and sells is not "for patients who have not reached their goals on [semaglutide or tirzepatide]."[1] It is an illegal drug that cannot be sold for human use to anyone, anywhere, for any reason. Yet in selling its illegal products directly to consumers, Medrein falsely claims that clinical trials establish that its products may provide significant metabolic benefits and help individuals lose weight—and is for individuals "who have plateaued on another GLP-1 medication."[2] Lilly brings this action to stop Medrein's conduct—conduct that harms both consumers and Lilly.

---

1 Medrein, Retatrutide, https://medreinhealth.com/services/peptide-therapy/retatrutide/ (last visited Oct. 3, 2026).

2 Medrein, Retatrutide, https://medreinhealth.com/services/peptide-therapy/retatrutide/ (last visited Oct. 3, 2026).

2. The American prescription drug market is built on a fundamental premise: before any drug can be sold to patients, FDA must find it to be safe and effective through rigorous clinical testing and review of scientific evidence. Congress and the states developed this system of pre-market review over time after Americans were repeatedly and regularly harmed by unregulated, dangerous products sold as medicine. In fact, the Food, Drug & Cosmetic Act's ("FDCA") requirement of rigorous clinical data supporting both safety and effectiveness *before* a drug is marketed to Americans traces directly to severe cases of patient death and harm from unapproved drugs sold by unscrupulous sellers.[3] The principle of evidence-based review for safety and effectiveness is essential to protecting Americans from unscrupulous sellers selling unsafe and untested drugs. Proving that safety and effectiveness for a new molecule like retatrutide requires lengthy clinical trials under strict ethics rules, significant investments in research and manufacturing capacity, and—even then—fails to produce an approved medicine more than 90% of the time.

3. Even after the laws passed, unapproved drugs illegally sold as medicine have caused hundreds of deaths.[4] Medrein is engaged in the same type of conduct. In advertising (and selling) its illegal drugs under a false pretext, Medrein mocks the safety guarantees imposed by Congress and the states, flouts drug-regulatory standards, and exploits the clinical trial data from investigational medicines that Lilly and others have developed.

4. Lilly's Phase 3 clinical trials have produced powerful data, including a recent trial that showed retatrutide helped adults living with obesity lose an average of approximately 70

---

[3] *E.g.*, FDA, Promoting Safe & Effective Drugs for 100 Years, *FDA Consumer* (Jan.-Feb. 2006) (detailing the sulfanilamide and thalidomide scandals that led to the 1938 Act and 1962 Amendments, respectively), *available at* https://www.fda.gov/media/110482/download?attachment.

[4] *E.g.*, FDA, Unapproved Drugs and Patient Harm (June 2, 2021), https://www.fda.gov/drugs/enforcement-activities-fda/unapproved-drugs-and-patient-harm.

pounds over 80 weeks at the highest dose.[5] But retatrutide is still an investigational molecule, and Lilly has not finished its clinical trials or submitted a final data package to FDA to establish the safety and effectiveness of any retatrutide medicine—nor has any other manufacturer—and FDA has not approved it. So, right now, there is no approved product containing retatrutide that has been proven safe and effective or authorized for human use. Accordingly, retatrutide is legally available only to select patients as an investigational new drug. No other lawful access to any retatrutide product for human use exists. The law is therefore clear and categorical: no drug containing retatrutide may be sold to consumers. Period.

5. Medrein surely knows as much. Nonetheless, Medrein previously marketed its illegal products purportedly containing retatrutide on its website and social media as the "next evolution in medical weight loss" and an "advanced therapy."[6] Medrein told consumers its products are part of "comprehensive, physician-supervised weight management programs" overseen by "Dr. Mikki," who has an "extensive medical background" and "ensures safe prescribing and monitoring throughout [] treatment."[7] Now, Medrein touts that Dr. Mikki, "a board-certified physician," evaluates each patient individually and sources its (illicit) retatrutide "through reputable compounding pharmacies."[8] But Medrein has ***never*** told consumers that its purported retatrutide products are categorically illegal and have never been subject to clinical testing or medical research—instead only informing consumers about ***Lilly's*** clinical trials and research without clarifying this data does ***not*** pertain to the illegal drug Medrein sells. They are

---

5 Lilly | Investors, *Lilly's triple agonist, retatrutide, delivered powerful weight loss in pivotal Phase 3 obesity trial* (May 21, 2026), https://investor.lilly.com/news-releases/news-release-details/lillys-triple-agonist-retatrutide-delivered-powerful-weight-loss.

6 Medrein, Retatrutide (previously accessible at https://medreinhealth.com/services/peptide-therapy/retatrutide/) (last visited August 19, 2026).

7 *Id.*

8 Medrein, Retatrutide, https://medreinhealth.com/services/peptide-therapy/retatrutide/ (last visited Oct. 3, 2026).

illegal drugs that have never been approved or verified as safe by FDA or any state regulatory authority, and Lilly's clinical trial data on its own investigational formulation of retatrutide are not evidence for the safety or efficacy of Medrein's illegal products.

6. Worse still, Medrein directly compares its illegal retatrutide products to the active ingredients in FDA-approved medications—including expressly identifying Lilly's MOUNJARO® (tirzepatide) and ZEPBOUND® (tirzepatide) medications—claiming that its illegal retatrutide products provide superior results.[9] These comparative claims are flatly false. No head-to-head trials have ever been conducted comparing Medrein's illegal retatrutide products to any FDA-approved medicine. Yet Medrein describes its purported retatrutide products as an "advanced therapy" that provides superior results to lure consumers away from safe FDA-approved medications and toward Medrein's illegal products.

7. The consequences of Medrein's conduct are real and dangerous for consumers. Consumers who are misled by Medrein's false advertising and purchase these illegal products are injecting themselves with substances of unknown composition, purity, potency, and sterility. Those formulations and manufacturing quality processes have never been subject to FDA testing or review, clinical studies, or efficacy research. Illegal drugs made outside of a regulated, inspected supply chain are more likely to contain bacteria and other harmful contaminants and impurities. Consumers have no way to know whether these products are safe or effective.

8. Medrein's illegal scheme also directly harms Lilly. In addition to its research developing retatrutide, Lilly has developed several FDA-approved obesity management medicines. By relying on Lilly's studies in advertising the illegal retatrutide available through Medrein, Medrein free rides on Lilly's innovation and research and development while bearing

---

[9] *Id.*

none of the costs, regulatory burdens, or responsibility for patient safety during that process. Further, Medrein is marketing its "Retatrutide" as superior to Lilly's FDA-approved medicines, citing perceived superior efficacy—perceptions driven by Medrein's false and misleading advertising. By advertising and selling illegal retatrutide products to people seeking medication for their obesity-related conditions, Medrein's illegal sales are costing Lilly sales of its FDA-approved obesity management medicines.

9. The harm to consumers and Lilly does not end there. Medrein is also poisoning the well for the future of Lilly's retatrutide medicines. Because no retatrutide is yet commercially available from any lawful source, consumers' first experiences with products purporting to be retatrutide are occurring exclusively through black-market sellers like Medrein. When those consumers suffer adverse events—as many already report—they may associate them with retatrutide as a molecule, not the particular illegal product unlawfully advertised and sold by the illegal seller. By the time Lilly brings its FDA-approved retatrutide medicine to market, Medrein and others like it will have conditioned both potential patients who took its illegal drugs as well as the public at large to associate retatrutide with danger and harm, permanently damaging the approved medicine's potential to help patients who need it.

10. Medrein's conduct is not an isolated incident. FDA has issued at least 21 warning letters to sellers of illegal retatrutide products. Medrein is part of a dangerous and growing black market that threatens public health. Its false and misleading promotion of its illegal retatrutide products violates the Lanham Act.

11. Lilly asks this Court to put a stop to it. Lilly seeks a permanent injunction barring Medrein from advertising or marketing any product containing or purporting to contain retatrutide; an order requiring corrective advertising; disgorgement of Medrein's profits; and an award of

damages, attorneys' fees, and costs. American consumers deserve better than the risky and unlawful products that Medrein is selling them through patently false advertising of the products.

## THE PARTIES

12. Plaintiff Eli Lilly and Company is a corporation organized and existing under the laws of Indiana with its principal place of business in Indiana.

13. Defendant Southlake Mhya PLLC (d/b/a Medrein Health & Aesthetics) is a Texas professional limited liability company with its principal place of business at 420 N Kimball Avenue, Suite 140, Southlake, Texas 76092.[10] Upon information and belief, its sole member and registered agent is Dr. Haritha Mikkilineni, with an address of 2010 Cordoba Cove, Westlake, Texas 76262, in Denton County. Medrein sells and markets products it claims contain retatrutide, and Medrein performs its services in Texas.[11]

## JURISDICTION AND VENUE

14. This Court has subject matter jurisdiction under 28 U.S.C. § 1331 because this action arises under the Lanham Act, 15 U.S.C. § 1125(a).

15. Additionally, and in the alternative, this Court has subject matter jurisdiction under 28 U.S.C. § 1332 because this is a civil action between citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs. Lilly is a citizen of Indiana, and Medrein is a citizen of Texas, because, upon information and belief, its sole member is a citizen of Texas.

16. Medrein is subject to personal jurisdiction in Texas because it is organized under Texas law and its principal place of business is in Texas. Medrein is also subject to personal

---

[10] Medrein, Retatrutide, https://medreinhealth.com/services/peptide-therapy/retatrutide/ (last visited Oct. 7, 2026).

[11] *Id.*

jurisdiction in Texas because it has significant contacts with the forum and has purposefully availed itself of the privilege of conducting business in Texas, including by owning and operating a medical spa in Southlake, Texas, employing multiple individuals in Texas, and by promoting and selling the purported retatrutide products at issue in this Complaint in Texas and to Texas customers.[12]

17. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(1)-(2) because a substantial part of the events or omissions giving rise to Lilly's claims occurred in this District, and Medrein resides in, and operates and conducts business in, this District, including by engaging in its unlawful promotion and sale of purported retatrutide products here.

## GENERAL ALLEGATIONS

### I. FDA'S RIGOROUS AND THOROUGH REVIEW OF NEW DRUGS AND MEDICINES PROTECTS AMERICAN PATIENTS

18. In FDA's words, "American consumers benefit from having access to the safest and most advanced pharmaceutical system in the world."[13] The American system for reviewing new medicines, with its rigorous and thorough pre-market evaluation of scientific data, is crucial for public health.

19. Before a new drug can be brought to market, the drug must be clinically tested through a rigorous series of studies designed to determine whether the medication is safe and effective for use under specific conditions and for specific indicated purposes. As an initial step, a drug sponsor must obtain FDA authorization to administer an investigational drug to human subjects through an Investigational New Drug ("IND") application.[14] The IND process requires

---

[12] *Id.*

[13] FDA, *Drug Development and Approval Process | Drugs* (Aug. 8, 2022), https://www.fda.gov/drugs/development-approval-process-drugs.

[14] *See* 21 U.S.C. § 355(i); 21 C.F.R. pt. 312.

sponsors to submit detailed preclinical data, manufacturing information, and clinical protocols for FDA review. The IND does not authorize commercial sale of the drug. ***Any*** distribution to or use of the investigational drug on humans outside of an effective IND protocol is unlawful.

20. After proceeding through the years-long clinical trial process, sponsors must provide FDA with a New Drug Application ("NDA") or Biologics License Application ("BLA") containing sufficient evidence proving the product is safe and effective for its intended indications, among other things. That evidence is subjected to a structured, multi-disciplinary review involving physicians, statisticians, chemists, pharmacologists, and other scientists. Approval is granted only if this review establishes that a drug's health benefits outweigh its known risks in treating particular conditions.

21. Additionally, obtaining and maintaining FDA approval requires strict compliance with current Good Manufacturing Practices ("cGMP") regulations across the entire supply chain, from raw materials to finished medical products. Manufacturers must audit suppliers, control material specifications, and validate processes to ensure the safety, identity, and strength of the product.[15]

22. FDA approval is notoriously hard to achieve in the United States. More than 90% of candidates fail. It is also an enormously costly and time-intensive process. On average, it takes ten to fifteen years and costs $2.6 billion to develop one new FDA-approved medicine.

23. If a prescription drug or biologic is approved, FDA's vigorous oversight continues after its approval. Among other things, sponsors must report all promotional materials to FDA;

[15] FDA, *Facts About the Current Good Manufacturing Practice (CGMP)* (Nov. 21, 2025), https://www.fda.gov/drugs/pharmaceutical-quality-resources/facts-about-current-good-manufacturing-practice-cgmp.

track and trace each finished product and report any deviations; and promptly report adverse events.

24. This continuous oversight allows America to represent what FDA has called "the gold standard" for pharmaceutical regulation.

## II. LILLY DEVELOPS FDA-APPROVED OBESITY MANAGEMENT MEDICINES AND INVESTIGATIONAL TREATMENTS

25. Lilly is an international medicine company and pharmaceutical manufacturer. Throughout its 150-year existence, Lilly has pioneered countless life-changing discoveries. Today, Lilly's medicines help more than 70 million patients across the globe.

26. Lilly developed tirzepatide over nearly a decade of research and development, conducting 37 clinical trials involving tens of thousands of patients. Tirzepatide is a first-in-class dual-action molecule that simultaneously targets receptors for glucagon-like peptide-1 ("GLP-1") and glucose-dependent insulinotropic polypeptide ("GIP").

27. Tirzepatide is the active pharmaceutical ingredient in MOUNJARO® and ZEPBOUND®, two of Lilly's important FDA-approved medicines. MOUNJARO® was approved by FDA to treat type 2 diabetes. ZEPBOUND® was approved by FDA to treat chronic weight management in adults with obesity or overweight with at least one weight-related medical condition, as well as moderate-to-severe obstructive sleep apnea ("OSA") in certain adults with obesity.

28. Lilly also brought to market the novel molecule orforglipron, which targets GLP-1 receptors. Orforglipron is the active pharmaceutical ingredient in FOUNDAYO™, which was approved by FDA on April 1, 2026 to treat obesity or overweight with at least one weight-related comorbid condition. It is a once-daily oral pill that represents a significant advance in obesity

treatment as one of the first oral GLP-1 receptor agonists approved for chronic obesity management.

29. Lilly is the only lawful source of commercially manufactured tirzepatide products in the United States. No other company has obtained FDA approval to manufacture or sell tirzepatide. Likewise, Lilly is the only company that has sought and received FDA approval for orforglipron. No other entity has conducted the clinical trials or obtained the regulatory approvals necessary to lawfully market orforglipron in the United States.

30. Over the past decade, Lilly has developed another investigational molecule, retatrutide, a triple hormone receptor agonist that simultaneously activates receptors for GIP, GLP-1, and glucagon—hence the designation "triple agonist." Lilly is studying retatrutide in several Phase 3 clinical trials to evaluate its potential efficacy and safety in obesity and overweight with at least one weight-related medical problem, type 2 diabetes, knee osteoarthritis pain, moderate-to-severe OSA, chronic low back pain, cardiovascular and renal outcomes, and metabolic dysfunction-associated steatotic liver disease. In Lilly's clinical trials, retatrutide is administered as a once-weekly subcutaneous injection.

31. Lilly identified retatrutide as a candidate through extensive laboratory and analytical work, advanced it through preclinical testing, and filed an Investigational New Drug application with FDA to authorize human clinical trials. Lilly began the clinical trial process for retatrutide in 2019.

32. Lilly holds an effective IND application for retatrutide, meaning that Lilly is authorized under federal law to conduct human clinical trials to evaluate the molecule's safety and efficacy.[16] An IND authorizes only carefully controlled clinical investigations and use under strict

[16] 21 U.S.C. § 355(i); 21 C.F.R. pt. 312.

FDA oversight; it does not permit general commercial distribution or sale of the investigational drug to consumers.

33. While Lilly's controlled tests are encouraging, no retatrutide medicine has yet been approved by FDA or any other regulatory agency in the world—and especially not Medrein's products. Thus, its safety for human use is not yet established. No medicine containing retatrutide has approved labeling, retatrutide as an active pharmaceutical ingredient ("API") is not a component of any FDA-approved product, and no manufacturing process for retatrutide API or finished products has been validated under cGMP for public commercial distribution. Any sale of retatrutide for human use is illegal.

## III. BAD ACTORS ILLEGALLY SELL RETATRUTIDE TO CONSUMERS PRIOR TO ITS FDA APPROVAL

### A. The Black Market for Retatrutide

34. The powerful clinical trial results for retatrutide have generated significant consumer interest in it. Bad actors have taken advantage of that interest to make a profit, and a black market has emerged that is threatening consumer safety by illegally advertising, selling, and distributing illegal products purportedly containing retatrutide directly to the public.

35. Capitalizing on consumer demand for aesthetic and wellness products, as well as obesity management medications, sellers—including online retailers, peptide suppliers, and "med spas" like Medrein—bypass the lawful approval process. They offer consumers what they call "retatrutide," but the substance they sell through false and deceptive schemes is an illegal drug produced entirely outside FDA's oversight—often sourced from unknown foreign suppliers in China and illegally imported.

36. "Medical spas" and "wellness clinics" such as Medrein are a growing source of illegal products purportedly containing retatrutide. In most states, these entities are subject to little

meaningful oversight from regulators, which makes it especially alarming that they are increasingly marketing unverified, unapproved drugs to unsuspecting consumers. In jurisdictions where medical spas are subject to meaningful oversight, regulators have identified concerning practices. An investigation in New York found that nearly three in four of the medical spas inspected operated without any medical professional present, and that sanitation and hygiene failures were widespread.[17] The Ohio Board of Pharmacy has reported that one of the most common violations at medical spas is the administration of "research purposes only" retatrutide drugs to patients.[18]

37. These illegal sales of purported retatrutide products represent a dangerous end-run around the rigorous FDA approval process. By selling unverified substances directly to consumers for human use, Medrein and sellers like it expose the public to unknown health risks while undermining the regulatory framework designed to protect patients and promote the lawful development of safe and effective new drugs.

**B. FDA's and Lilly's Efforts to Warn Consumers**

38. FDA has recognized the danger of illicit retatrutide and taken direct action against retatrutide sellers to curtail these illegal sales. FDA has explicitly stated in warning letters that "introducing or delivering these products for introduction into interstate commerce violates" federal law.[19] FDA has also cautioned consumers "not to purchase" retatrutide products labeled

---

[17] New York City Council, *Joint NYC Council, State Investigation into Growing Industry of Medical Spas Finds Violations of State Law, Threatening New Yorkers' Health and Safety* (Dec. 11, 2025), https://council.nyc.gov/press/2025/12/11/3027/.

[18] Ohio Board of Pharmacy, *Ten Common Prescriber Clinic and Medical Spa Violations* (Dec. 8, 2025), https://www.pharmacy.ohio.gov/documents/pubs/special/ivtherapy/ten%20common%20prescriber%20clinic%20and%20medical%20spa%20violations.pdf.

[19] *E.g.*, Warning Letter from FDA to Gram Peptides, MARCS-CMS-721806 (Mar. 31, 2026), https://www.fda.gov/inspections-compliance-enforcement-and-criminal-investigations/warning-letters/gram-peptides-721806-03312026.

"for research purposes" because they are "of unknown quality and may be harmful to their health."[20] Most recently, FDA reiterated that retatrutide is an "unapproved drug," is "not [a] component[] of FDA-approved drugs," and has "not been found safe and effective for any condition."[21]

39. In total, FDA has sent at least 21 warning letters related to retatrutide, in addition to more than 100 warning letters since September 2025 to entities marketing compounded GLP-1 receptor agonists with "false or misleading claims."[22] As FDA stated in a recent press release, these warning letters mark "a new era" of enforcement against the illegal sale of unapproved drugs.[23]

40. Lilly has also publicly warned consumers about the dangers of illegal products claiming to be or to contain retatrutide, making clear that selling retatrutide to consumers for human use is illegal, and that consumers have no way to verify the safety of what they are receiving on the black market.[24] To combat black-market drugs, Lilly continues to work with law enforcement and regulatory authorities.

---

[20] FDA, FDA's Concerns with Unapproved GLP-1 Drugs Used for Weight Loss (June 15, 2026), https://www.fda.gov/drugs/drug-alerts-and-statements/fdas-concerns-unapproved-glp-1-drugs-used-weight-loss.

[21] FDA, FDA's Concerns with Unapproved GLP-1 Drugs Used for Weight Loss (June 15, 2026), https://www.fda.gov/drugs/drug-alerts-and-statements/fdas-concerns-unapproved-glp-1-drugs-used-weight-loss.

[22] For example, on March 31, 2026, FDA issued warning letters to: (a) Gram Peptides for selling "Retatrutide" (also marketed as "GLP-1-R peptide") that it promoted for "appetite suppression, insulin sensitivity, thermogenesis, and fat-oxidation"; (b) Prime Sciences for selling "GLP1-R" (identified as retatrutide) that it promoted with claims that "[r]etatrutide has shown higher weight loss results in clinical trials, with an average of up to 28% body weight reduction"; and (c) Lovega LLC d/b/a Pink Pony Peptides for selling "GLP-3 RT" (identified as retatrutide) that it promoted as offering "three times the fat-fighting horsepower" with "jaw-dropping results."

[23] *See* FDA, FDA Warns 30 Telehealth Companies Against Illegal Marketing of Compounded GLP-1s (Mar. 3, 2026), https://www.fda.gov/news-events/press-announcements/fda-warns-30-telehealth-companies-against-illegal-marketing-compounded-glp-1s; *see also, e.g.*, Warning Letter from FDA to PekCura Labs, MARCS-CMS-721709 (Mar. 31, 2026), https://www.fda.gov/inspections-compliance-enforcement-and-criminal-investigations/warning-letters/pekcura-labs-721709-03312026.

[24] *See, e.g.*, Lilly, *What to know about retatrutide: An investigational triple hormone receptor agonist*, Lilly (May 21, 2026) https://www.lilly.com/news/stories/what-to-know-about-retatrutide.

### C. Consumers Are Reporting Adverse Events After Taking Black Market Retatrutide

41. Online communities, including Reddit forums like r/Biohacking and r/BodyHackGuide, demonstrate the thriving black market for illegal purported retatrutide and its dangers. Consumers openly discuss purchasing, self-administering, and dosing of retatrutide products obtained from unregulated sources, including products sourced from Chinese manufacturers and suppliers.[25]

42. These online communities report adverse events, including emergency room visits with increased heart rates; elevated fasting glucose levels; severe skin reactions described as a sensation of "tiny mites or something crawling and biting"; brain fog; and concerns about bacterial contamination and endotoxins from products not manufactured in regulated or sterile laboratories. Upon information and belief, consumers experienced these adverse events without receiving any warnings.



r/Retatrutide • 5mo ago
cac520

**Realized it's time to stop Reta 😞**

I'm down almost 40lbs and have a lot more to lose. I think Reta can get me to my goal but these side effects are wearing me down. First, my fasting glucose levels are high. I'm eating very little sugar and wasn't having this issue previously. Nothing I do brings it down. Second, the skin reaction-it feels like tiny mites or something crawling and biting/stinging me. Took a minute to figure out what the issue was. This kicked in when I hit 4mg. My skin is raw from the scratching. Benadryl helps, but not 100%. Hubs is on Tirz so he'll transition to Reta and I'll go to Trizzy. Wish us luck.

Besides the usual nausea and constipation, are you guys experiencing side effects?

---

[25] *See, e.g.*, u/Confident-Rhubarb957, REDDIT (r/Biohacking), "Tirz - Reta switch. And Reta dosing advice," https://www.reddit.com/r/Biohacking/comments/1rsx0oa/tirz_reta_switch_and_reta_dosing_advice/ (last visited Oct. 3, 2026); u/improximus, REDDIT (r/BodyHackGuide), "Why Reta? Why not Tirz?" https://www.reddit.com/r/BodyHackGuide/comments/1szktx8/why_reta_why_not_tirz/ (last visited Oct. 3, 2026).

43. One consumer reported being hospitalized after using a purported retatrutide product obtained from unregulated sources, while another user described a friend who "got hospitalized because of the bacteria" in products that "aren't made in regulated or sterile labs."[26] Indeed, there are ***no*** regulated manufacturers authorized to prepare retatrutide for human commercial use. A recent analysis shows that individuals who used black market retatrutide lost an average of 4.7% to 7.2% of their body weight over three to twelve months—while participants in Lilly's clinical trial lost more than twice the amount of weight over the same time periods—confirming the inferior quality of illegal retatrutide products that are being unlawfully sold to and used by consumers.[27] Further, an independent testing lab recently reported widespread purity concerns with black-market retatrutide, including contamination with heavy metals like lead, cadmium, and mercury.[28]

## IV. MEDREIN ILLEGALLY ADVERTISES AND SELLS RETATRUTIDE PRODUCTS

44. Medrein markets, distributes, and sells products it claims contain retatrutide to consumers, including through social media and on its website, https://medreinhealth.com/, which is accessible to consumers nationwide. Medrein maintains a dedicated webpage for "retatrutide" at https://medreinhealth.com/services/peptide-therapy/retatrutide/. Medrein markets its business

---

[26] u/D3st9ny, REDDIT (r/Retatrutide), "Bacteria and endotoxins," https://www.reddit.com/r/Retatrutide/comments/1suodk7/bacteria_and_endotoxins/ (last visited Oct. 3, 2026); u/cac520, REDDIT (r/Retatrutide), "Realized it's time to stop Reta," https://www.reddit.com/r/Retatrutide/comments/1pspn4r/realized_its_time_to_stop_reta/ (last visited Oct. 3, 2026); u/BTheFurnace, REDDIT (r/Retatrutide), "Those who have taken reta for over 6 months: Has your resting heart rate returned to normal?" https://www.reddit.com/r/Retatrutide/comments/1rcxz1m/those_who_have_taken_reta_for_over_6_months_has/?rdt=49360 (last visited Oct. 3, 2026) (comment posted by Last-boomer1964).

[27] Elizabeth Cairns, *Using Gray-Market Versions of Lilly's Triple-G Leads to Relatively Poor Weight Loss, Study Finds*, Endpoints News (Sept. 20, 2026), https://endpoints.news/using-gray-market-versions-of-lillys-triple-g-leads-to-relatively-poor-weight-loss-study-finds/.

[28] Rachel Carbonell, Caitlyn Gribbin & Andi Yu, *New Testing of Black-Market Peptides Reveals Dangerous Dosing Levels*, RNZ (Aug. 28, 2026), https://www.rnz.co.nz/news/world/1158694/new-testing-of-black-market-peptides-reveals-dangerous-dosing-levels.

as being "built the opposite way" of the rest of the "med-spa market" by being centered around "one physician, real technology, and honest recommendations."[29]

45. Medrein claims its products are overseen by Dr. Mikki, who "leads the clinic, consults with [patients] herself, and performs most procedures personally."[30] Previously, Medrein advertised its purported "retatrutide peptide" product as "the next evolution in medical weight loss," an "advanced therapy" resulting in "dramatic weight reduction."[31]




46. Medrein's website also falsely touted that its product purportedly containing retatrutide is an "advanced therapy" resulting in "dramatic weight reduction" and "additional metabolic advantages" and is supported by "early clinical trials."[32]

---

[29] Medrein, About, https://medreinhealth.com/about/ (last visited Oct. 3, 2026).

[30] Medrein, About, https://medreinhealth.com/about/ (last visited Oct. 3, 2026).

[31] Medrein, Retatrutide (previously accessible at https://medreinhealth.com/services/peptide-therapy/retatrutide/) (last visited May 29, 2026).

[32] *Id.*

**Benefits Beyond Weight Loss**

While dramatic weight reduction is the primary benefit, Retatrutide offers additional metabolic advantages including improved blood sugar control and insulin sensitivity, reduced cardiovascular risk factors, potential improvements in fatty liver disease, decreased inflammation markers, and enhanced metabolic flexibility.

These benefits make Retatrutide particularly valuable for patients with metabolic syndrome, prediabetes, or those concerned about the long-term health consequences of excess weight.



47. The same webpage still confirms that Dr. Mikki does, in fact, prescribe illicit retatrutide. It states: “Whether retatrutide is appropriate is a decision Dr. Mikki makes at your visit, weighed against the more established options.”[33] It also states: “Dr. Mikki weighs retatrutide against the approved options and confirms candidacy at your consultation” and provides patients with a button to click in order to “Book Your Retatrutide Consultation.”[34]

Dr. Mikki weighs retatrutide against the approved options and confirms candidacy at your consultation.

Book Your Retatrutide Consultation

Board-certified MD · NPI 1629854690 · Licensed in TX and NM · 4.8★ from 131 Google reviews

[33] Medrein, Retatrutide, https://medreinhealth.com/services/peptide-therapy/retatrutide/ (last visited Oct. 3, 2026).

[34] *Id.*

When booking a consultation for retatrutide, Medrein appears to require interested patients to select "4mg" of the illegal product.[35]




48. The webpage further states that "[a]ny approved GLP-1 medication Dr. Mikki does prescribe is sourced through reputable compounding pharmacies rather than shipped to you unseen."[36] That statement is necessarily false and misleading because it indicates that the illegal retatrutide product Medrein provides comes from a lawful and reputable source, even though *any* compounding pharmacy that is compounding and supplying retatrutide is unquestionably violating the law.[37] Moreover, while retatrutide is not actually a "GLP-1," Medrein's website classifies the medication as such. Tellingly, Medrein's general weight-loss webpage indicates it provides "[t]hree GLP-1 medications," including "Semaglutide," "Tirzepatide," and "Retatrutide."[38] Additionally, Medrein indicates, "[b]efore anything is prescribed, [Dr. Mikki] walks through semaglutide and tirzepatide, what each one is approved for, and why she considers retatrutide mainly for patients who have not reached their goals on those."[39]

---

35 *Id.* (navigate to "Book Now," then select "Weight Management") (last visited Oct. 3, 2026).

36 Medrein, Retatrutide, https://medreinhealth.com/services/peptide-therapy/retatrutide/ (last visited Oct. 3, 2026).

37 FDA, FDA's Concerns with Unapproved GLP-1 Drugs Used for Weight Loss (June 15, 2026), https://www.fda.gov/drugs/drug-alerts-and-statements/fdas-concerns-unapproved-glp-1-drugs-used-weight-loss (stating that retatrutide "cannot be used in compounding under federal law").

38 Medrein, Medical Weight Loss, https://medreinhealth.com/services/medical-weight-loss/ (last visited Oct. 3, 2026).

39 Medrein, Retatrutide, https://medreinhealth.com/services/peptide-therapy/retatrutide/ (last visited Oct. 3, 2026).

How the practice handles it

- Dr. Mikki, a board-certified physician, reviews your history and your current medications before anything is prescribed.
- Candidacy is evaluated individually. Her starting position is the medications with a longer track record, not the newest one.
- Retatrutide itself is not dispensed by this practice. Any approved GLP-1 medication Dr. Mikki does prescribe is sourced through reputable compounding pharmacies rather than shipped to you unseen.
- You are monitored closely and the protocol is adjusted to how you have actually responded.
- In the clinical trials her blog cites, there were no severe adverse events reported.

49. Other retatrutide-specific webpages reflect that Dr. Mikki provides retatrutide consultations and creates plans for patients:[40]



Your plan is set by Dr. Mikki

Dr. Haritha Mikkilineni, MD, is a board-certified physician (NPI 1891947438) licensed in Texas and New Mexico. She sees patients herself at 420 N Kimball Ave, Suite 140, Southlake.

Book Your Retatrutide Consultation

Board-certified MD · NPI 1629854690 · Licensed in TX and NM · 4.8★ from 131 Google reviews

50. Worse still, Medrein repeatedly misappropriates Lilly's clinical research, indicating "in the clinical trials [Dr. Mikki's] blog cites, there were no severe adverse events reported."[41] But Medrein fails to disclose that *its* product is not part of any clinical trial and lacks any clinical testing or verification as to its safety, efficacy, or purity. Only Lilly's retatrutide formulation, which is currently undergoing clinical trials—and not Medrein's purported retatrutide products—has

[40] Haritha Mikkilineni, *Retatrutide Peptide: Weight Loss Therapy in Southlake, TX*, Medrein Health & Aesthetics (July 17, 2026), https://medreinhealth.com/blog/medical-weight-loss/retatrutide-peptide-weight-loss-therapy-southlake-tx/.

[41] Medrein, Retatrutide, https://medreinhealth.com/services/peptide-therapy/retatrutide/ (last visited Oct. 3, 2026).

scientific data on safety and efficacy. No safety or effectiveness determination has been made by FDA on any retatrutide application.

51. The retatrutide products sold by Medrein have no scientific evidence that they work at all—much less with the purported efficacy and benefits Medrein repeatedly touts to potential consumers. Clinical data related to a particular formulation (like Lilly's) is not scientifically valid evidence of how a different formulation containing the same purported API will behave in the human body, either on safety or effectiveness grounds. Nor is Lilly's clinical data transferable to other products.

52. Despite stating Lilly's retatrutide is currently in clinical trials and touting the research and results therefrom,[42] Medrein fails to disclose that its products purportedly containing retatrutide are illegal drugs. Medrein's purported retatrutide product does not qualify for any compounding exemption under Section 503A of the Federal Food, Drug, and Cosmetic Act, 21 U.S.C. § 353a, because, among other reasons, retatrutide is not a component of any FDA-approved drug and therefore cannot be lawfully compounded.[43]

53. Medrein also sells semaglutide and tirzepatide, the latter of which is the active ingredient in Lilly's FDA-approved products. Medrein contrasts its illegal products purportedly containing retatrutide with its semaglutide and tirzepatide products—and Lilly's MOUNJARO® and ZEPBOUND® medications explicitly—by claiming that its retatrutide product is for "[p]atients who have not reached their goals on semaglutide or tirzepatide, or who have plateaued on another GLP-1 medication."[44]

---

42 Medrein, Retatrutide, https://medreinhealth.com/services/peptide-therapy/retatrutide/ (last visited Oct.3, 2026).

43 FDA, FDA's Concerns with Unapproved GLP-1 Drugs Used for Weight Loss (June 15, 2026), https://www.fda.gov/drugs/drug-alerts-and-statements/fdas-concerns-unapproved-glp-1-drugs-used-weight-loss.

44 Medrein, Retatrutide, https://medreinhealth.com/services/peptide-therapy/retatrutide/ (last visited Oct. 3, 2026).

## Who retatrutide is considered for

Dr. Mikki confirms candidacy at consultation against your history and your labs, and will say when a different option fits better: semaglutide where a single approved pathway is the right starting point, tirzepatide where a second receptor and an approval for chronic weight management matter, or the wider medical weight loss program where medication is only one part of the answer.

### A good fit

- Adults with a BMI of 30 or higher.
- A BMI of 27 or higher alongside a weight-related health condition.
- Patients who have not reached their goals on semaglutide or tirzepatide, or who have plateaued on another GLP-1 medication.
- People seeking significant, sustainable weight loss under medical supervision rather than on their own.
- Anyone willing to have a full check-up, baseline labs and close follow-up as part of the plan.

### Not the right treatment

- Anyone who wants an FDA-approved medication. Retatrutide is not one; semaglutide and liraglutide are the approved alternatives.
- Anyone who has not yet tried the established options. Dr. Mikki weighs those first.
- A BMI below those thresholds with no weight-related condition.
- Anyone who cannot commit to monitoring, including keeping an eye on heart rate.
- Anyone expecting the medication to do the work on its own. Her own sources put lifestyle change alongside it, not after it.

54. Similarly, Medrein previously touted that its illicit retatrutide product promises "more significant results" and "greater weight loss" for those struggling with obesity or significant weight loss challenges.[45]

[45] Medrein, Retatrutide (previously accessible at https://medreinhealth.com/services/peptide-therapy/retatrutide/) (last visited May 29, 2026).



### What Is Retatrutide?

Retatrutide is an investigational peptide that activates three key receptors involved in metabolism and appetite regulation: GLP-1 (glucagon-like peptide-1) which reduces appetite and slows gastric emptying, GIP (glucose-dependent insulinotropic polypeptide) which enhances insulin response and may improve fat metabolism, and Glucagon receptor which increases energy expenditure and promotes fat breakdown.

This triple-action mechanism distinguishes Retatrutide from semaglutide (which targets only GLP-1) and tirzepatide (which targets GLP-1 and GIP). Early clinical trials have shown remarkable weight loss results, with some participants losing up to 24% of their body weight.

### Retatrutide vs. Tirzepatide vs. Semaglutide

If you've tried semaglutide (Ozempic, Wegovy) or tirzepatide (Mounjaro, Zepbound) with limited success—or you're looking for more significant results—Retatrutide may offer advantages. The addition of glucagon receptor activation increases your metabolic rate and promotes more aggressive fat burning, potentially leading to greater weight loss than dual-agonist medications.

Patients who have plateaued on other GLP-1 medications often find renewed progress with Retatrutide. Dr. Mikki evaluates your previous treatment history and current health status to determine if transitioning to this advanced peptide makes sense for your goals.

55. Medrein falsely compares its purported retatrutide products to Lilly's FDA-approved medications, MOUNJARO® (tirzepatide) and ZEPBOUND® (tirzepatide), as well as other FDA-approved GLP-1 receptor agonists. Medrein promotes its purported retatrutide product as suitable for "[p]atients who have plateaued on another GLP-1 medication" and is supported by "early clinical trials" that indicate weight loss of "up to 24% of body weight over 48 weeks."[46] Medrein further markets that its purported retatrutide product aids with blood sugar control and insulin sensitivity, reduces cardiovascular risk factors, lowers fatty liver content, decreases inflammation markers, and enhances metabolic flexibility.[47]

---

46 Medrein, Retatrutide, https://medreinhealth.com/services/peptide-therapy/retatrutide/ (last visited Oct. 3, 2026).

47 Medrein, Retatrutide, https://medreinhealth.com/services/peptide-therapy/retatrutide/ (last visited Oct.3, 2026).

56. These claims are false and misleading because: (a) Medrein's product purportedly containing retatrutide has not undergone any clinical testing necessary for approval; (b) no head-to-head clinical trials have compared Medrein's retatrutide-based products to any FDA-approved medicine; (c) cross-trial comparisons of the kind Medrein implies are inherently unreliable and misleading because they involve different products, different study designs, different patient populations, and different endpoints;[48] and (d) no safety or effectiveness determination has been made by FDA on any retatrutide-based application.

57. Medrein's comparative claims are literally false, or at minimum, misleading by necessary implication.

58. Medrein also makes false and/or misleading claims about the regulatory status of its purported retatrutide products. On its website, Medrein falsely equates its illegal product to Lilly's retatrutide formulation, describing retatrutide as an "investigational medication under active study" that is "developed and patented by Eli Lilly [and] is currently in Phase III trials."[49]

59. By representing that its purported retatrutide products are administered and overseen by Dr. Mikki, whose "extensive medical background ensures safe prescribing and monitoring throughout [] treatment," Medrein also implies that its products have a safety profile and regulatory status comparable to FDA-approved treatments, and that it administers a legal drug.[50]

---

48 FDA and scientific authorities have consistently cautioned against drawing efficacy conclusions from such comparisons. *See, e.g.*, FDA, *Guidance for Industry: E10 Choice of Control Group and Related Issues in Clinical Trials* 21 (May 2001), https://www.fda.gov/media/71349/download.

49 Medrein, Retatrutide, https://medreinhealth.com/services/peptide-therapy/retatrutide/ (last visited Oct. 3, 2026).

50 Medrein, Retatrutide (previously accessible at https://medreinhealth.com/services/peptide-therapy/retatrutide/) (last visited May 29, 2026).

60. These claims are false and misleading because they indicate that Medrein—and Dr. Mikki in particular—can lawfully prescribe and administer its retatrutide products to consumers, even though it cannot lawfully do so.

61. Medrein's false and misleading statements are made in commercial advertising and promotional materials disseminated to the public, including on social media. Upon information and belief, they lead consumers to believe that the retatrutide products they purchase from Medrein are identical to the investigational molecule undergoing review by FDA, and that Medrein's products have been adequately verified for their safety and efficacy. Those statements are material to consumers' purchasing decisions—consumers rely on claims about a product's efficacy relative to FDA-approved alternatives and its regulatory status when deciding whether to purchase pharmaceutical products. Moreover, consumers interested in aesthetic and wellness products routinely and increasingly look to online sources and social media for "health and fitness" products and information.[51]

62. Medrein's unlawful retatrutide products compete directly with Lilly's FDA-approved products, including MOUNJARO®, ZEPBOUND®, and FOUNDAYO™, for the same pool of consumers seeking obesity management.

63. Medrein's false advertising has caused and continues to cause injury to Lilly, including lost sales, damage to Lilly's reputation and goodwill, and the diversion of consumers from Lilly's FDA-approved products to illegal and potentially dangerous alternatives. Because

[51] Anna Pione, et al., *The $2 trillion global wellness market gets a millennial and Gen Z glow-up*, McKinsey & Company (May 29, 2025), https://www.mckinsey.com/industries/consumer-packaged-goods/our-insights/future-of-wellness-trends (noting that younger generations "are also more exposed to health-related content on social media (where they are more likely to be influenced to make a wellness-related purchase than older generations are)."); Alyssa Kopelman, *5 Trends Shaping Health & Wellness Purchasing Behaviors*, Healthline Media (June 13, 2023), https://healthlinemedia.com/insights/health-and-wellness-purchasing-behaviors (noting that 26% of consumers are "likely to purchase a recommended product or service after engaging with health and wellness content on social media" and that "43% of individuals have purchased a health and wellness product or service directly on a social channel").

Lilly markets and sells obesity management products, each sale of an illegal retatrutide product by Medrein results in a potential lost sale of Lilly's FDA-approved medicines.

64. Each of Medrein's categories of false advertising claims has caused and continues to cause specific, identifiable harm to Lilly:

(a) Medrein's false and/or misleading descriptions of its products purportedly containing retatrutide as safe, effective, or supported by clinical trial data—including its claim that its illegal retatrutide is supported by "early clinical trials" and overseen by Dr. Mikki, a "board-certified physician" who "evaluates each patient individually" and sources the product "through reputable compounding pharmacies"—convince at least some consumers that Medrein's illegal retatrutide products have already been proven safe and effective through clinical trials and FDA approval. Those consumers then choose Medrein's illegal retatrutide products instead of Lilly's FDA-approved tirzepatide medicines, resulting in lost sales for Lilly. The safety and effectiveness of a pharmaceutical product are material to consumer choice.

(b) Medrein's false and/or misleading comparative advertising claims—including claims that its illegal retatrutide is for "[p]atients who have not reached their goals on semaglutide or tirzepatide, or who have plateaued on another GLP-1 medication" that is supported by "early clinical trials"—convince at least some consumers that Medrein's illegal retatrutide products are superior to Lilly's FDA-approved medicines. Those consumers then choose Medrein's illegal retatrutide products instead of Lilly's FDA-approved drugs, resulting in lost sales for Lilly.

(c) Medrein's false and/or misleading claims regarding the regulatory status of its illegal retatrutide products—including falsely equating its illegal product to Lilly's retatrutide formulation—convince at least some consumers that Medrein's products purportedly containing retatrutide have regulatory backing comparable to Lilly's FDA-approved medicines, resulting in lost sales for Lilly.

65. Medrein's false advertising also harms Lilly's reputation and goodwill, as well as the future market for retatrutide if FDA approval is obtained, as described more fully below. Medrein has profited from its unlawful conduct at the expense of consumers and Lilly.

## V. MEDREIN'S UNLAWFUL ADVERTISING AND SALES OF RETATRUTIDE HARM CONSUMERS AND LILLY

66. Consumers who purchase Medrein's illegal retatrutide products are harmed because they receive illegal and unverified products of unknown safety, purity, potency, and efficacy. Medrein's customers believe they are receiving a legitimate pharmaceutical product when, in reality, they are receiving an illegal substance that has never been shown to be safe or effective for any use. Indeed, consumers report experiencing adverse events after self-administering black-market retatrutide products, *see supra* Section III.C.

67. By selling illegal products purportedly containing retatrutide, Medrein diverts consumers away from Lilly's FDA-approved products, including MOUNJARO®, ZEPBOUND®, and FOUNDAYO™. Both companies market and sell products to the same potential customers seeking treatment for obesity, type 2 diabetes, and/or related metabolic conditions. Because Medrein's unapproved retatrutide products and Lilly's FDA-approved obesity-management medicines target the same consumer pool, each consumer who chooses Medrein's illegal retatrutide products over Lilly's FDA-approved medicine represents a lost sale to Lilly. Scores of people seeking "weight loss" treatment have been persuaded to purchase Medrein's products, as evidenced by consumer testimonials online.[52] Medrein's own website includes testimonials reflecting that Medrein has prescribed and supplied patients with illicit retatrutide.[53] Medrein's advertising of its purported retatrutide products as for patients who have "plateaued" on GLP-1

---

[52] *See, e.g.*, review posted by yesenia soto, https://tinyurl.com/3bm9bbw4 (indicating the user "came in for weight loss consultation" and would "definitely" come back"); review posted by Tommy Miller, https://tinyurl.com/3bm9bbw4 (indicating Medrein's "medical weight loss program changed everything"); review posted by Douglas Rogers, https://tinyurl.com/3bm9bbw4 (indicating Medrein is the user's "go-to med spa for medical weight loss")

[53] Medrein, Retatrutide, https://medreinhealth.com/services/peptide-therapy/retatrutide/ (last visited Oct. 3, 2026) ("No promises about how fast it would work. Just a dose that changed as my body did.").

medications and as otherwise superior to existing obesity management products stands to exacerbate this diversion.[54]

68. Medrein also undermines the market for Lilly's future retatrutide medicine, which Lilly is developing through the lawful FDA approval process. Medrein is selling unsafe, illegal products that are poisoning the well of consumer confidence in retatrutide as a therapeutic compound. Because there is no approved retatrutide medicine that is yet commercially available from any lawful source, consumers' first experiences with retatrutide are occurring exclusively through black-market sellers like Medrein. When these people experience adverse events—as many already have, *see supra* Section III.C—they often do not attribute those harms to Medrein, but instead to *retatrutide*—the molecule itself. Those consumers are unlikely ever to try retatrutide again—including the lawful, FDA-approved version that Lilly intends to bring to market. Each adverse event caused by Medrein's illegal products thus represents not only a current injury to the consumer, but a permanent loss of future Lilly patients.

69. The reputational contamination caused by Medrein's unsafe products extends beyond the individual consumers who are directly harmed. Consumers who experience adverse events from black-market retatrutide share those experiences publicly—on Reddit, on social media, and in personal networks—creating negative associations between retatrutide and adverse health risks. These public accounts will deter other potential consumers from ever using retatrutide products if approved by FDA. By the time Lilly brings its FDA-approved retatrutide product to market, Medrein and sellers like it will have already conditioned the public to associate retatrutide as an ingredient with danger, illegality, and reduced or total lack of efficacy. Lilly will thus be

---

[54] Medrein, Retatrutide, https://medreinhealth.com/services/peptide-therapy/retatrutide/ (last visited Oct. 3, 2026).

forced to overcome not only the ordinary challenges of a new product launch, but the additional burden of rehabilitating a product that has been tarnished by Medrein's unlawful conduct.

70. Medrein's conduct also causes irreparable harm to Lilly's reputation and goodwill. Medrein trades on the reputation and clinical data associated with Lilly's products and retatrutide. Upon information and belief, if consumers experience adverse effects from Medrein's illegal products, they are likely to attribute those harms to retatrutide or to Lilly, damaging Lilly's brand and the public's confidence in Lilly's products and pipeline.

71. Finally, Medrein's conduct harms innovation and the competitive marketplace by allowing Medrein to sell products as if they were pharmaceutical-grade medicines for human use with FDA approval, when they are not. Medrein avoids the rigorous testing, regulatory compliance, and quality controls that Lilly and other pharmaceutical companies must satisfy, and instead free rides on Lilly's investment in developing legitimate, safe retatrutide medicines by selling illegal retatrutide through intentionally deceptive schemes.

72. The harms caused by Medrein's conduct are ongoing and will continue unless Medrein is enjoined from marketing and selling its illegal products purportedly containing retatrutide. Medrein has profited from its unlawful conduct at the expense of consumers and Lilly.

73. Lilly has no adequate remedy at law. The damage to Lilly's reputation, goodwill, and competitive position cannot be fully compensated through monetary damages alone.

## <u>CAUSE OF ACTION</u>
## False or Misleading Advertising
## in Violation of 15 U.S.C. § 1125(a)(1)(B)

74. Lilly incorporates by reference each of the foregoing allegations as if fully set forth herein.

75. Medrein's commercial advertising claims described herein are false or misleading in violation of Section 43(a)(1)(B) of the Lanham Act, 15 U.S.C. § 1125(a)(1)(B).

76. Medrein has made materially false or misleading statements in its commercial advertisements for its illegal products purportedly containing retatrutide. Its statements, including those implying that recent clinical trials and clinical studies establish that its purported retatrutide treatments provide numerous metabolic benefits, have influenced and are likely to influence purchasing decisions—specifically, decisions to purchase Medrein's illegal retatrutide products instead of Lilly's FDA-approved medicines.

77. Medrein has caused its false or misleading statements to enter interstate commerce.

78. Medrein's false or misleading statements were material to consumers' purchasing decisions and actually deceive or have the tendency to deceive consumers.

79. Medrein and Lilly are competitors in the market for obesity management and metabolic therapies.

80. Lilly has been and continues to be injured by Medrein's false or misleading advertising, including through lost sales, damage to goodwill, and diversion of consumers to unapproved products.

81. Medrein's advertising is the proximate cause of the harm to Lilly: Medrein's website compares its purported retatrutide products to the active ingredients in Lilly's FDA-approved dual-agonist medications and claims that retatrutide provides superior results, thereby inducing consumers to purchase Medrein's illegal products instead of Lilly's FDA-approved medicines.

82. Medrein's advertising is the proximate cause of injury to Lilly's reputation and goodwill. Medrein promotes its illegal products purportedly containing retatrutide by trading on the credibility of Lilly and its retatrutide clinical program, evidence, and research. When consumers experience adverse effects from Medrein's illegal products, they associate those

negative experiences with retatrutide and/or with Lilly, damaging Lilly's brand and the public's confidence in Lilly's clinical trial program and future product launches, including of retatrutide.

83. Lilly is entitled to injunctive relief under 15 U.S.C. § 1116, and to recover Medrein's profits and the costs of this action under 15 U.S.C. § 1117. This case is "exceptional" within the meaning of 15 U.S.C. § 1117(a), entitling Lilly to an award of reasonable attorneys' fees.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Lilly prays that this Court enter judgment in Lilly's favor on Lilly's claims and award Lilly relief including:

1. An Order declaring that Medrein engaged in false or misleading advertising in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a)(1)(B).

2. A permanent injunction:

   i. enjoining Medrein and its officers, agents, servants, employees, and all persons acting in concert with them from marketing or advertising any product containing or purporting to contain retatrutide;

   ii. enjoining Medrein from making false or misleading comparative advertising claims regarding retatrutide and Lilly's FDA-approved products;

   iii. enjoining Medrein from citing or referring to Lilly's clinical trial data to promote illegal retatrutide products; and

   iv. enjoining Medrein from making any other false or misleading statements regarding retatrutide.

3. An Order requiring Medrein to undertake corrective advertising disclosing:

   i. that Medrein's retatrutide products are unapproved new drugs that Medrein cannot lawfully prescribe, sell, or administer to consumers;

   ii. that Medrein's advertising claims comparing retatrutide to FDA-approved medicines are false and misleading; and

   iii. such other corrective disclosures as the Court deems appropriate.

4. An Order directing Medrein to file with this Court and serve on Lilly's attorneys, thirty (30) days after the date of entry of any injunction, a report in writing and under oath setting forth in detail the manner and form in which it has complied with the Court's injunction.

5. An Order requiring Medrein to account for and pay to Lilly any and all profits arising from the foregoing unlawful acts, in accordance with 15 U.S.C. § 1117.

6. An Order awarding damages and for pre-judgment and post-judgment interest on all damages.

7. An Order requiring Medrein to pay Lilly's costs and attorneys' fees in this action pursuant to 15 U.S.C. § 1117 and any other applicable provision of law.

8. Other relief as the Court may deem appropriate.

## JURY DEMAND

Plaintiff Eli Lilly and Company hereby demands a trial by jury on all issues so triable.

Dated: October 8, 2026

Respectfully submitted,

*/s/ Eugene Temchenko*

Eugene Temchenko
Texas Bar No. 24118928
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, TX 75205
Telephone: (214) 432-5072
Facsimile: (214) 972-1771
eugene.temchenko@kirkland.com

Diana M. Watral (*pro hac vice forthcoming*)
James R.P. Hileman (*pro hac vice forthcoming*)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
diana.watral@kirkland.com
jhileman@kirkland.com

David I. Horowitz (*pro hac vice forthcoming*)
KIRKLAND & ELLIS LLP
2049 Century Park East, 38th Floor
Los Angeles, CA 90067
Telephone: (213) 680-8374
Facsimile: (310) 552-5900
dhorowitz@kirkland.com

Chase Chesser (*pro hac vice forthcoming*)
KIRKLAND & ELLIS LLP
150 3rd Avenue South, Suite 1220
Nashville, TN 37201
Telephone: (629) 222-0131
Facsimile: (629) 222-0101
chase.chesser@kirkland.com

*Counsel for Plaintiff Eli Lilly and Company*